# UNITED STATES V. RONALD CARL

## STATEMENT OF FACTS

On Tuesday, July 6, 2010, Detective Timothy Palchak, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force. Detective Palchak was operating our of a satellite office in Washington, DC. On July 6, 2010, Detective Palchak received information from a confidential source (hereinafter referred to as "C1") that the defendant had met the defendant in 2009 and had contact with the defendant approximately 3 times. Each contact involved viewing child pornography and smoking methamphetamine.

On Tuesday, July 6, 2010, C1, acting under the supervision of Detective Palchak, responded to an email message that the defendant had left for him on the social networking site "barebackrt". During the course of the email exchange, C1 informed the defendant that he had met a father and his son and explained that he was meeting them on Thursday. The defendant asked C1 to call him on his phone, and provided his phone number.

On Tuesday, July 6, 2010, C1 contacted the defendant via telephone. During the recorded conversation, C1 explained to the defendant that he was sexually active with the father and his 13 year-old son, and asked the defendant if he would be interested in having sex with the child. The defendant expressed interest in having anal sex with the boy, and agreed to meet the C1 and the boy on Thursday night at a hotel in Washington, D.C .

On Tuesday, July 6, 2010, the defendant contacted C1 via Instant Message on the "barebackrt" social network site. Detective Palchak assumed the identity of C1. During the course of the recorded chat, the defendant confirmed his interest in having anal sex with the 13 year-old boy, stating, " I'm all go for thursday...trust me!". When told he could have sex with the father too, defendant replied, "that would be cool but i definitely want to get together with the boy as well...would still like to get my ass used and have you as the pimp...how does that sound?"

On Wednesday, July 7, 2010, C1 and the defendant, via telephone, made arrangements to meet at a hotel in Washington, D.C. to have sex with the 13 year-old boy.

On Thursday, July 8, 2010, at 4:30, the defendant arrived at the previously arranged hotel and was arrested. The defendant was identified as 43 year-old Ronald Carl.

The defendant waived his Miranda rights and admitted that he traveled from Falls Church, Virginia to Washington, D.C. to engage in sexual acts engage in sexual acts with the 13 year-old boy.

_____
*DETECTIVE TIMOTHY PALCHAK*
*METROPOLITAN POLICE DEPARTMENT*

*Subscribed and sworn to before me this _____day of July, 2010*

_____
*ROYCE C. LAMBERTH*
*CHIEF JUDGE*
*UNITED STATES DISTRICT COURT*
  *FOR THE DISTRICT OF COLUMBIA*